## ISENSES v. PADDELL.

(Supreme Court, Appellate Term, First Department. June 28, 1916.)

COURTS ⊜⟫190(2)—MUNICIPAL COURT—REVIEW.

    An order denying the motion of plaintiff in replevin of chattels in defendant's possession to amend his summons and complaint by changing the cause of action to one for conversion, and by inserting a clause authorizing defendant's arrest and imprisonment upon the judgment, could only be reviewed upon an appeal from the judgment, as provided by Municipal Court Code (Laws 1915, c. 279) § 154.

    [Ed. Note.—For other cases, see Courts, Dec. Dig. ⊜⟫190(2).]

Appeal from Municipal Court, Borough of Manhattan, Fifth District.

Action by William Isenses against Timothy F. Paddell. From an order denying a motion to permit plaintiff to amend his complaint, he appeals. Appeal dismissed.

Argued June term, 1916, before GUY, BIJUR, and PHILBIN, JJ.

Samuel I. Ferguson, of New York City (Alexander Ackerson, of New York City, of counsel), for appellant.

Newborg & Callan, of New York City (Sidney Newborg, of New York City, of counsel), for respondent.

PER CURIAM. The plaintiff brought this action in replevin, and in both the summons and complaint demanded the return of certain chattels alleged to be in possession of the defendant. After issue was joined the plaintiff moved to amend the summons and complaint, by

⊜⟫For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes

changing the cause of action to one for conversion, and by inserting a clause authorizing the arrest and imprisonment of the defendant upon the judgment. From·an order denying his motion to amend he appeals. The order appealed from can only be reviewed upon an appeal from the judgment. Section 154, Municipal Court Code.

Appeal dismissed, with $10 costs.